IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

REHABCARE GROUP EAST, INC.
d/b/a REHABCARE GROUP THERAPY
SERVICES, INC.,

    Plaintiff,

v.                                                                  No. 1:17-cv-01216-JDB-egb

OAK MANOR HEALTH CARE CENTER,
INC. d/b/a OAK MANOR HEALTH CARE
CENTER; CORNERSTONE HEALTH CARE
OF MCKENZIE, INC.; and CORNERSTONE
HEALTH CARE OF BOLIVAR, INC.,

    Defendants.

---

ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING PLAINTIFF'S
MOTION FOR DEFAULT JUDGMENT

---

        Before the Court is the May 1, 2018, motion of the Plaintiff, RehabCare Group East, Inc. d/b/a RehabCare Group Therapy Services, Inc., for entry of default judgment against the Defendants, Oak Manor Health Care Center, Inc. d/b/a Oak Manor Health Care Center; Cornerstone Health Care of McKenzie, Inc.; and Cornerstone Health Care of Bolivar, Inc. (Docket Entry ("D.E.") 22.) Pursuant to an order of reference (D.E. 24), United States Magistrate Judge Edward G. Bryant, on August 31, 2018, entered a report and recommendation, recommending that default judgment be entered against the Defendants (D.E. 25). As no objections to the magistrate judge's report and recommendation have been filed and the time for such objections has expired, and upon review of the record, the findings and conclusions of the Magistrate Judge are hereby ADOPTED. The undersigned further ADOPTS the damage and cost awards recommended by the

Magistrate Judge. Default judgment will be entered against the Defendants by separate docket entry.

IT IS SO ORDERED this 26th day of September 2018.

s/ J. DANIEL BREEN<br>UNITED STATES DISTRICT JUDGE